UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY PARKER, et al., | No. 2:14-cv-0234 TLN CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| TINA FOWLER, et al., | |
| Defendants. | |

This action was removed from state court on January 27, 2014.  Plaintiffs are proceeding pro se.  In the complaint, plaintiff BMT International Security Services is identified as a corporation.  It is well established that "a corporation may appear in the federal courts only through licensed counsel."  Rowland v. California Men's Colony, 506 U.S. 194, 202 (1993); see also In re America West Airlines, 40 F.3d 1058 (9th Cir. 1994) (non-attorney members of partnership cannot appear on behalf of partnership).

Accordingly, IT IS HEREBY ORDERED that no later than February 28, 2014 plaintiff BMT International Security Services shall obtain counsel.  Failure to comply with this order may result in dismissal of this plaintiff.

Dated:  January 30, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 parker-vallejo.corp